**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), <br> v. <br> DEFENDANT(S). | **NOTICE OF REASSIGNMENT OF EASTERN DIVISION REMOVAL CASE** |

To:     All Counsel Appearing of Record and/or Pro Se Litigant(s)

YOU ARE HEREBY NOTIFIED that, pursuant to the procedure adopted by the Court, the above-entitled case has been returned to the Clerk for random reassignment.

Accordingly, this case has been randomly reassigned to the Honorable _____, U. S. District Judge for all further proceedings.

Please substitute the initials of the newly assigned Judge so that the new case number will read: _____. This is very important because documents are routed by the initials.

Clerk U.S. District Court

_____          By: _____
Date                                              Deputy Clerk

**Traditionally filed subsequent documents must be filed at the  ☐ Western  ☐ Southern  ☐ Eastern  Division.
Failure to file at the proper location will result in your documents being returned to you.**

*cc:*   ☐ *Previous Judge*      ☐ *Statistics Clerk*

CV-106 (10/09)          NOTICE OF REASSIGNMENT OF EASTERN DIVISION REMOVAL CASE