DIANE C. STANFIELD (State Bar No. 106366)
DEBORAH YOON JONES (State Bar No. 178127)
ADRIENE PLESCIA LYNCH (State Bar No. 259100)
**ALSTON & BIRD, LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071-1406
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
Email: diane.stanfield@alston.com
Email: debbie.jones@alston.com
Email: adriene.lynch@alston.com

Attorneys Specially Appearing for Defendants
**BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP (erroneously sued and served as BANK OF AMERICA and COUNTRYWIDE HOMES LOANS, INC.), RECONTRUST COMPANY, N.A., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CALIFORNIA; MI J YUN, DEVON WOOD; AND JEAN KEATING AS EX RELATORS, ET AL, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA; COUNTRYWIDE HOME LOANS INC.; RECONTRUST COMPANY, N.A. as alleged; TRUSTEE; MERS; and DOES 1-1000 <br><br> Defendants. | Case No.: EDCV 09-02195 AG(MANx) <br><br> Honorable Andrew J. Guilford <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> [Filed concurrently with Notice of Motion and Motion to Dismiss First Amended Complaint; and Request for Judicial Notice.] <br><br> Date: April 12, 2010 <br> Time: 10:00 a.m. <br> Courtroom: 10D <br><br> Complaint Filed: November 3, 2009 <br> First Amended Complaint: February 16, 2010 <br> Removal Filed: November 30, 2009 <br> Trial Date: Not Assigned |

Defendants BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (erroneously sued and served herein as Bank of America and

1
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FAC
LEGAL02/31799522v1

Countrywide Home Loans, Inc.), Recontrust Company, N.A., and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion"), came on regularly for hearing on April 12, 2010 at 10:00 a.m., the Honorable Andrew J. Guilford presiding.

After considering the papers submitted by the parties, the evidence contained therein, having heard the argument of counsel thereon, and for good cause shown therefor, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

The First Amended Complaint of Plaintiffs Mi J. Yun, Devon Wood and Jean Keating ("Plaintiffs") fails to state a claim upon which relief may be granted, and shall be dismissed with prejudice as follows:

1.  Plaintiffs' Wood and Keating's First Claim for Relief; Second Claim for Relief; First Cause of Action [sic; paragraphs 120-125 are erroneously labeled "First Cause of Action"]; Second Cause of Action [sic; paragraphs 126-150 are erroneously labeled "Second Cause of Action"]; Third Cause of Action; Fourth Cause of Action; Fifth Cause of Action; Sixth Cause of Action; Seventh Cause of Action; Eighth Cause of Action; Ninth Cause of Action; and Tenth Cause of Action fail to state a claim upon which relief may be granted because Wood and Keating lack standing to pursue each and every Claim for Relief. This is an incurable deficiency in the First Amended Complaint.

2.  Plaintiff Mi J. Yun's First Claim for Relief; Second Claim for Relief; First Cause of Action [sic; paragraphs 120-125 are erroneously labeled "First Cause of Action"]; Second Cause of Action [sic; paragraphs 126-150 are erroneously labeled "Second Cause of Action"]; Third Cause of Action; Fourth Cause of Action; Fifth Cause of Action; Sixth Cause of Action; Seventh Cause of Action; Eighth Cause of Action; Ninth Cause of Action; and Tenth Cause of Action fail to state a claim upon which relief may be granted because Mi J. Yun is not an actual participant in this matter, but rather was added in name only by Plaintiffs Wood and Keating in an attempt to cure their fatally deficient lack of standing, without authority or permission,

and by apparently forging her signature on the First Amended Complaint and attached Verification.

3. Plaintiffs' First Claim for Relief; Second Claim for Relief; First Cause of Action [sic; paragraphs 120-125 are erroneously labeled "First Cause of Action"]; Second Cause of Action [sic; paragraphs 126-150 are erroneously labeled "Second Cause of Action"]; Third Cause of Action; Fourth Cause of Action; Fifth Cause of Action; Sixth Cause of Action; Seventh Cause of Action; Eighth Cause of Action; Ninth Cause of Action; and Tenth Cause of Action fail to state a claim upon which relief may be granted because Plaintiffs have failed to make a proper tender of actual value in payment of the amounts owed under the alleged loan, therefore they lack standing to pursue any claim for relief attempting to invalidate or enjoin any proposed foreclosure of the Deed of Trust.

4. Plaintiffs' First Cause of Action fails to state a claim upon which relief may be granted because the allegation that MERS lacks capacity to foreclose fails as a matter of law.

5. Plaintiffs' Second Claim for Relief, and the Second, Fourth, Fifth and Ninth Causes of Action fail to state a claim upon which relief may be granted because they are time-barred.

6. Plaintiffs' Third Cause of Action for "Tortuous Violation of Statute Real Estate Settlement Procedures Act" fails to state a claim upon which relief may be granted because it is time barred by the statue of limitations./ / / /

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

7. Plaintiffs' Seventh Cause of Action for "Violation of California Civil Code section 2923.6 fails to state a claim upon which relief may be granted for two reasons: 1) no private right of action exists for its violation; and 2) section 2923.6 does not require a lender to offer a loan modification nor mandate acceptance of a modification suggested by borrower.

IT IS SO ORDERED.

DATED: _____     _____
                                    HON. ANDREW J. GUILFORD
                                    UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

DIANE C. STANFIELD
DEBORAH YOON JONES
ADRIENE PLESCIA LYNCH
**ALSTON & BIRD LLP**


_/s/ Diane C. Stanfield_
Diane C. Stanfield

Specially Appearing for Defendants
**BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP (erroneously sued and served as BANK OF AMERICA and COUNTRYWIDE HOMES LOANS, INC.), RECONTRUST COMPANY, N.A., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

# PROOF OF SERVICE

I, Rosa Nelly Villaneda, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On March 8, 2010, I served the document(s) described as **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY UPS OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by UPS with delivery fees fully provided for or delivered the envelope to a courier or driver of authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ BY E-MAIL: I submitted an electronic version of this document and exhibits, if any, via PDF to all parties at their e-mail addresses on the attached Service List.

☐ [State]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ [Federal]    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2010, at Los Angeles, California.

_____
Rosa Nelly Villaneda

LEGAL02/31799522v1

**Wood v. Bank of America, et al.**
**USDC, Central District, Eastern Division**
**Case No. EDCV09-02195 AG (MANx)**

### SERVICE LIST

| | |
|---|---|
| Mi J. Yun, Devon Wood<br>and Jean Keating<br>as Ex Relators<br>9530 Spring Brook Ct.<br>Rancho Cucamonga, CA 91730 | Plaintiffs<br><br>Tel: (909) 527-3595<br>Email: koryogroup@gmail.com |

LEGAL02/31799522v1