DIANE C. STANFIELD (State Bar No. 106366)
DEBORAH YOON JONES (State Bar No. 178127)
ADRIENE PLESCIA LYNCH (State Bar No. 259100)
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California  90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100

Attorneys for Specially Appearing for Defendants
**BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP (erroneously sued and served as BANK OF AMERICA and COUNTRYWIDE HOMES LOANS, INC.), RECONTRUST COMPANY, N.A., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF CALIFORNIA; DEVON WOOD; JEAN KEATING AS EX RELATORS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA; COUNTRYWIDE HOME LOANS, INC.; RECONTRUST COMPANY, N.A.; as alleged TRUSTEE; MERS; and DOES 1-1000,<br><br>Defendants. | Case No. EDCV09-02195 AG (MANx)<br><br>Honorable Andrew J. Guilford<br><br>**JUDGEMENT IN A CIVIL ACTION** |

To all interested parties:

This Court, having entered its July 13, 2010 Order Denying Plaintiff Jean Keating's Motion for Reconsideration and Granting Defendants' Motion for Attorney Fees, hereby enters judgment in accordance with that Order as follows:

**IT IS ORDERED AND ADJUDGED** that:

1. The Plaintiffs shall recover nothing;

2. This action is dismissed on the merits; and

1
PROPOSED JUDGEMENT IN A CIVIL ACTION

LEGAL02/32128734v1

1     3.      Defendants shall recover their costs of this action from Plaintiff Jean Keating,

2          including attorney's fees in the sum of $73,187.30.

3      IT IS SO ORDERED.

6    DATED: September 16, 2010         _____

7                                                Honorable Andrew J. Guilford

11 Respectfully submitted by:

12 **ALSTON & BIRD LLP**

14     /s/ Diane C. Stanfield
       Diane C. Stanfield

16 Attorneys for Specially Appearing for Defendants **BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING, LP (erroneously sued and served as BANK OF AMERICA and COUNTRYWIDE HOMES LOANS, INC.), RECONTRUST COMPANY, N.A., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

# PROOF OF SERVICE

I, Rosa Nelly Villaneda, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, CA 90071. I am over the age of eighteen years and not a party to the action in which this service is made.

On August 24, 2010, I served the document(s) described as **PROPOSED JUDGEMENT IN A CIVIL ACTION** on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

| Devon Wood and Jean Keating | Plaintiffs |
| as Ex Relators | Tel: (909) 855-4757 |
| 9140 Haven Avenue, Suite 120 | Fax: (909) 476-0401 |
| Rancho Cucamonga, CA 91730 | Email: koryogroup@gmail.com |

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ BY FEDERAL EXPRESS    ☐ UPS NEXT DAY AIR    ☐ OVERNIGHT DELIVERY: I deposited such envelope in a facility regularly maintained by ☐ FEDERAL EXPRESS   ☐ UPS   ☐ Overnight Delivery [specify name of service: ] with delivery fees fully provided for or delivered the envelope to a courier or driver of ☐ FEDERAL EXPRESS   ☐ UPS   ☐ OVERNIGHT DELIVERY [specify name of service:] authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ BY FACSIMILE: I telecopied a copy of said document(s) to the following addressee(s) at the following number(s) in accordance with the written confirmation of counsel in this action.

☐ BY E-MAIL: I submitted an electronic version of this document and exhibits, if any, via PDF to all parties at their e-mail addresses on the attached Service List.

☒ [Federal]   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 24, 2010, at Los Angeles, California.

/s/ Rosa Nelly Villaneda

Rosa Nelly Villaneda